DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAEGUERITA QUIRE,**
Appellant,

v.

**CHAD VAN HORN,**
Appellee.

No. 4D17-2758

[July 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE17-5239 (14).

Kenneth Eric Trent, Fort Lauderdale, for appellant.

Pavel Kogan of The Kogan Firm, P.A., for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***